**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RHONDA LYNN RACKLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-13-500-M |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On March 7, 2014, United States Magistrate Judge Gary M. Purcell issued a Report and

Recommendation in this action in which plaintiff seeks judicial review of the final decision of

defendant Acting Commissioner of Social Security Administration ("Acting Commissioner"),

denying plaintiff's applications for disability insurance and supplemental security income benefits

under Title II and Title XVI of the Social Security Act, 42 U.S.C. §§ 416(I), 423, 1382. The

Magistrate Judge recommended the Acting Commissioner's decision in this matter be affirmed. The

parties were advised of their right to object to the Report and Recommendation by March 27, 2014.

A review of the file reveals no objections have been filed.

Having carefully reviewed this matter de novo, the Court:

(1)    ADOPTS the Report and Recommendation [docket no. 17] issued by the Magistrate
        Judge on March 7, 2014, and
(2)    AFFIRMS the decision of the Acting Commissioner.

**IT IS SO ORDERED this 2nd day of April, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE